AO 247 (06/09)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Michael L. Whitlock | ) | Case No: 8:04CR90 |
|  | ) | USM No: 19394-047 |
| Date of Previous Judgment: 05/15/2008 | ) | Michael D. Gooch |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   130   months **is reduced to**   120 Months   .

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*
Previous Offense Level:   32        Amended Offense Level:   26
Criminal History Category:   VI        Criminal History Category:   VI
Previous Guideline Range:   151   to   188   months    Amended Guideline Range:   120   to ____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated   09/27/2004   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   01/20/2012                  s/Joseph F. Bataillon
                                                                    *Judge's signature*

Effective Date:   01/20/2012              Joseph F. Bataillon, U.S. District Judge
         *(if different from order date)*                  *Printed name and title*