IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:04CR90 |
| vs. | ORDER |
| MICHAEL L. WHITLOCK, | |
| Defendant. | |

Defendant Michael L. Whitlock appeared before the court on October 10, 2017 on a Petition for Offender Under Supervision [67]. The defendant was represented by Assistant Federal Public Defender Karen M. Shanahan, and the United States was represented by Assistant U.S. Attorney Thomas J. Kangior. Through his counsel, the defendant waived his right to a probable cause hearing on the Petition for Offender Under Supervision [67] pursuant to Fed. R. Crim. P. 32.1(a)(1). The government took no position on the issue of detention. The Court finds that the defendant is neither a flight risk, nor a danger to the community. Therefore, the defendant will be released on current conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on November 15, 2017 at 2:00 p.m. Defendant must be present in person.

2. The defendant is released on current conditions of supervision and the Order Setting Conditions of Release [72].

Dated this 10th day of October, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge